IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDI VADEN,**             **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ANDREW SAUL AND SOCIAL SECURITY ADMINISTRATION,**             **Defendants.** | **NO.  20-1626** |

## O R D E R

**AND NOW**, this 29th day of March, 2021, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Defendant's uncontested Motion for Remand (ECF No. 20) is **GRANTED**;

3. Plaintiff's request for review (ECF No. 11) is **DENIED** as moot; and

4. this matter is **REMANDED** to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**